

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00723-CV

Jad P. **HARPER** and Juan Carlos Garcia,
Appellants

v.

**FARMERS TEXAS COUNTY MUTUAL INSURANCE COMPANY** and Aslam S. Gilani,
Appellees

From the 293rd Judicial District Court, Maverick County, Texas
Trial Court No. 11-07-26624-MCV
Honorable Cynthia L. Muniz, Judge Presiding

PER CURIAM

Sitting:     Marialyn Barnard, Justice
             Rebeca C. Martinez, Justice
             Patricia O. Alvarez, Justice

Delivered and Filed:  April 16, 2014

MOTION TO DISMISS GRANTED; APPEAL DISMISSED

Appellants filed a motion to dismiss this appeal.  We grant the motion.  *See* TEX. R. APP.

P. 42.1(a)(1).  We order all costs assessed against appellants.  *See* TEX. R. APP. P. 42.1(d) (absent

agreement of parties, costs are taxed against appellant).

PER CURIAM